IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD STACKER, also known as ROBERT LEE VIKING, Dallas Cnty. Jail BookIn No. 19007211 §§§§§ | |
| *Plaintiff*, § | Civil Action No. 3:20-cv-2951-X-BN |
| v. §§§ | |
| TEXAS DEPT. OF SAFETY, ET AL., §§§§ | |
| *Defendant*. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 9th day of October, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1